# MINUTE ORDER

Page 6

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**          Date: 6/6/24      Time: 1:30 p.m.

Defendant: Edward Anthony Cordovez          J#:            Case #: 24-3119-MJ-TORRES
AUSA: Jacob Koffsky            Attorney: Eboni Blenman
Violation: Possession of Child Pornography   Surr/Arrest Date: 6/6/24   YOB: 1987
Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes   ☐ No      Recommended Bond:
Bond Set at:               Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant sworn – **AFPD APPOINTED**
Defendant held Temporary PTD, danger to the community @ Government request

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:      Time:      Judge:            Place:
Report RE Counsel:
**PTD Hearing:**      *6/11/26*         *10:00*      *Miami Duty*
**Prelim/Arraign:**         *6/21/24*      *10:00*   *Miami Duty*
Status Conference RE:
D.A.R. 13:46:27            Time in Court: 6

s/Edwin G. Torres                Chief Magistrate Judge