UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-03119-MJ-TORRES

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

EDWARD CORDOVEZ,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing for the defendant in the above referenced case.

    Respectfully submitted,

    HECTOR A. DOPICO
    INTERIM FEDERAL PUBLIC DEFENDER

By:   */s/Eboni Blenman*
    Eboni Blenman
    Assistant Federal Public Defender
    Special Bar No. A5502989
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130
    Tel: 305-530-7000
    E-Mail Address: eboni_blenman@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2024, undersigned counsel electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/ Eboni Blenman*
Eboni Blenman