# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 6/11/24     Time: 10:00 a.m.

Defendant: **Edward Anthony Cordovez**    J#: 19004-511    Case #: 24-mj-3119-Torres

AUSA: ***Ilana Malkin***        Attorney: ***AFPD, Eboni Blenman***

Violation: Distribution/Possession of Child Pornography

Proceeding: Pretrial Detention Hearing     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

*****P/A set 6/21/24*** Brady Order given. Pretrial Detention held. Witness, Special Agent (FBI) Nicole Harries-Correa sworn and testified. The Court GRANTS the Government request for Pretrial Detention based on danger to the community and risk of flight. *Government Proposed PTD Order due by 5pm on 6/12/24.*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. ***JG-10:07:27; 10:16:49***        Time in Court: 37 mins.