# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3    Date: 7/2/24    Time: 10:00 a.m.

Defendant: Edward Cordovez    J#: 19004-511    Case #: 24-20272-CR-ALTMAN

AUSA: Kseniya Smchkouskaya    Attorney: AFPD, Eboni Blenman

Violation: Distribution of Visual Representation of the Sexual Abuse of Children, Possession of Child Pornography

Proceeding: Arraignment    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:

Bond Set at: Pretrial Detention    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady Order given 6/11/24*
Defendant Arraigned. Reading of Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. JG-10:06:48    Time in Court: 1 min.