UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD CORDOVEZ,

    Defendant.
_____ /

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    HECTOR A. DOPICO
    INTERIM FEDERAL PUBLIC DEFENDER

By:    s/*Daniel L. Ecarius*
    Daniel L. Ecarius
    Assistant Federal Public Defender
    Florida Bar No. 719765
    150 W. Flagler Street, Suite 1700
    Miami, FL 33l30
    Telephone: (305) 530-7000
    E-mail: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

  I HEREBY certify that on July 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                /s *Daniel L. Ecarius*
                Daniel L. Ecarius