UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20272-RKA

UNITED STATES OF AMERICA

       **Plaintiff,**

vs.

**EDWARD CORDOVEZ,**

       **Defendant.**

_____/

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned Assistant United States Attorney, Emily R. Stone, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

                                        Respectfully submitted,

                                        **MARKENZY LAPOINTE**
                                        **UNITED STATES ATTORNEY**

By:    */s/ Emily R. Stone*_____
        Emily R. Stone
        Assistant United States Attorney
        Florida Bar No. 092077
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9407
        E-mail: Emily.Stone@usdoj.gov