UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-Cr-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Edward Cordovez, through undersigned counsel moves to continue the trial date in this case for 30 days and states the following in support of said motion:

1. On June 26, 2024, Mr. Cordovez was indicted for Count One, Distribution of Visual Representation of Sexual Abuse of Children in violation of Title 18 U.S.C. 1466A(a)(2); and Count two, Possession of Child Pornography in violation of Title 18 U.S.C. 2252(a)(4)(B) and (b)(2). D.E. 11.

2. Mr. Cordovez faces a maximum sentence of 40 years imprisonment in this case.

3. This is a complex case. Defense has not had sufficient time in order to review discovery with Mr. Cordovez, and conduct necessary investigation and analysis.

4. Mr. Cordovez waives his speedy trial pursuant to 18 U.S.C. Section 3161 through the next calendar call.

5. Undersigned counsel has conferred with assigned Assistant United States Attorney, Jacob Koffsky, who does not oppose this motion.

WHEREFORE, based on the need for additional time to review discovery and conduct investigation, the defense request that the trial date be continued for 30 days.

                              Respectfully submitted,

                              HECTOR A. DOPICO
                              INTERIM FEDERAL PUBLIC DEFENDER

                              By:   /s/ Daniel L. Ecarius
                                    Daniel L. Ecarius
                                    Assistant Federal Public Defender
                                    Florida Bar No. 719765
                                    150 W. Flagler Street,
                                    Suite 1700 Miami, FL 33l30-7000
                                    Email: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                    /s/ Daniel L. Ecarius
                                    Daniel L. Ecarius