# COURT MINUTES
Page 3

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor      Date: 8/22/2024    Time: 10:00 a.m.

Defendant: **Edward Cordovez**     J#: **19004-511**    Case #: **24-CR-20272-ALTMAN**

AUSA: **Michael Shephard**     Attorney: AFPD - **Daniel Ecarius**

Violation: **PRODUCTION OF MATERIAL INVOLVING THE SEXUAL EXPLOITATION OF MINORS; DISTRIBUTION OF VISUAL REPRESENTATIONS OF THE SEXUAL ABUSE OF CHILDREN**

Proceeding: **Arraignment on Superseding Indictment**    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:

Bond Set at: **Pretrial Detention**    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:

*Brady Order given on 6/11/24*

- Deft Arraigned
- Reading of Indictment Waived ✓
- Not Guilty plea entered ✓
- Jury trial demanded ✓
- Standing Discovery Order requested ✓

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. **10:06:39**     Time in Court: **1 minute**