UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA

v.

EDWARD CORDOVEZ,

    **Defendant.**

_____/

**THE UNITED STATES OF AMERICA'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 414(a) AND 404(b)**

The Government writes to notify the Defendant, Edward Cordovez, of its intent to offer certain evidence at trial under Federal Rule of Evidence 414(a) or, alternatively, 404(b).

This evidence can be grouped into three categories. The first is comprised of online conversations from the social media platform, Reddit, in which a username linked to Cordovez wrote explicit messages about sexually abusing the user's daughter and other young children. The second category is comprised of artificially generated images—posted by the same Reddit user—that show infants and toddlers being sexually abused. The third category is comprised of child pornography that features infants and toddlers and that was found on a cellular phone Cordovez had in his possession when he was arrested. Each category of evidence is admissible to prove that Cordovez did, in fact, engage in sexually explicit conduct with his actual daughter.

Due to the volume and sensitivity of this evidence, the Government will merely summarize it in this filing. But the Court can—and should—rule that it is admissible in advance of trial for the reasons explained below.

I. **FACTUAL AND PROCEDURAL BACKGROUND**

Cordovez became known to law enforcement during the summer of 2023. At that time, law enforcement connected him to a Coinbase cryptocurrency account that had attempted to purchase child pornography. They also connected him to the Reddit username: "Dear_Road6737." Law enforcement was able to make these connections because of basic information that Cordovez provided in creating those accounts: his address, his phone number, his social security number, and the like.

In August 2023, the Orange County Sheriff's Office obtained a warrant to search the Reddit account associated with Cordovez's username. The returns from that search warrant include the conversations and artificially generated images referenced above. Some of the statements made by Cordovez's username include the following:

> I started fucking her when she was 9 after I found out my wife was a perv like me.
>
> I've been grooming my own daughter since she was 4.
>
> Um well I've knocked her unconscious before.kept fucking her while my wife basically sodomized her mouth with the strap on. When we were done we both pissed on her and left her there.
>
> I'm really dirty man. I like them even younger. And right know I'm in a dilemma where I'm aching to fuck my daughter. It's crazy.
>
> Honestly Like I want to fuck the newborn. Sounds harsh but God I know it will feel so good. Just hearing it's screams while I penetrate and my wife watches is so hot to me.

As to the artificially generated images—which appear to be (but are not) real—they show infants and toddlers being sexually abused in various contexts, including by being pushed onto a bed face down and by being choked.

In January 2024, the Federal Bureau of Investigation ("FBI") took over the case. And, in June, they executed a residential search warrant that culminated in Cordovez's arrest. In so doing, they seized a cellular phone from Cordovez's person that contained hundreds—if not thousands—of images and videos depicting child pornography. Cordovez even showed the FBI where to find them: the child pornography was concealed within a password-protected application that, at first blush, innocuously appears to be a calculator.

The Government initially charged Cordovez for the artificially generated images and for the child pornography he possessed on his cell phone. *See generally* Complaint [ECF No. 1]; *see also* Indictment [ECF No. 11]. After a more detailed inspection of Cordovez's cell phone, however, the Government uncovered images that appear to show Cordovez engaging in sexually explicit conduct with his own infant-aged daughter on at least two occasions. In some of the images, Cordovez's daughter appears to be crying. The Government has brought additional charges to account for that evidence. *See generally* Superseding Indictment [ECF No. 19].

In all, Cordovez now faces four charges. The two lead charges are for production of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2251(a) and (e) ("Counts 1 and 2"). Those charges stem from evidence showing that Cordovez engaged in sexually explicit conduct with his infant daughter. Cordovez also faces a charge for distributing the artificially generated images of the sexual abuse of infants and toddlers, which his username posted into a Reddit group chat, in violation of 18 U.S.C. § 1466A(a)(2) ("Count 3"). The fourth charge Cordovez faces stems from his possession of child pornography on his cell phone; indeed, a significant portion of that material depicts infants and toddlers engaging in sexual or sadomasochistic conduct.

## II. LEGAL STANDARDS

Federal Rule of Evidence 414(a) provides that, "[in] a criminal case in which a defendant is accused of child molestation, the court may admit evidence that the defendant committed any other child molestation. The evidence may be considered on any matter to which it is relevant." FED. R. EVID. 414(a). The term "child molestation" includes, among other things: (1) "any conduct prohibited by 18 U.S.C. chapter 110, FED. R. EVID. 414(d)(2)(B); (2) "deriving sexual pleasure or gratification from inflicting death, bodily injury, or physical pain on a child," FED. R. EVID. 414(d)(2)(E).

Federal Rule of Evidence 404(b), though it forbids providing a person's character "in order to show that on a particular occasion the person acted in accordance with the character[,]" FED. R. EVID. 404(b)(1), allows evidence of "any other crime, wrong, or act," *id.*, "for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident," FED. R. EVID. 404(b)(2).

Certain subsections of these rules—Rule 414(b) and Rule 404(b)(3)—addresses the Government's disclosure obligations. The Government must disclose evidence it seeks to offer under Rule 414(b) "at least 15 days before trial or at a later time that the court allows for good cause." FED. R. EVID. 414(b). That rule also requires the Government, in its disclosure, to turn over either "witnesses' statements or a summary of the expected testimony." *See id*. Rule 404(b)(3) requires "reasonable notice" in writing, with an articulation of the "permitted purpose" for which the evidence is offered. FED. R. EVID. 404(b)(3). The Government contends that, by submitting this Notice—which includes a summary of the expected testimony and additional legal analysis below—it has complied with all of these obligations.

### III. SUMMARY OF EXPECTED TESTIMONY

The Government expects to offer each category of evidence—the Reddit conversations, the artificially generated images depicting child sexual abuse material, and the child pornography from Cordovez's cell phone—through testimony from law enforcement agents who have participated in this investigation. As to the Reddit-related records, law enforcement agents will testify that the records were obtained pursuant to a search warrant. The Government also expects to that the records will be certified, pursuant to Federal Rule of Evidence 902(11). As to the evidence from Cordovez's phone, the law enforcement agents will testify that it was obtained on the date of Cordovez's arrest, in connection with a search warrant executed on his residence, and that Cordovez showed law enforcement how to access the phone's repository of child pornography that was hidden in the apparent calculator.

### IV. ANALYSIS

#### A. The evidence that the Government seeks to offer under Rule 414(a) is admissible to prove that Cordovez engaged in sexually explicit conduct with his daughter.

The evidence that the Government seeks to offer by this Notice—the Reddit conversations and the artificially generated images, as well as the infant and toddker-related child pornography found on the Defendant's cell phone—are admissible under Rule 414(a) because both of the rule's prerequisites are satisfied. First, Cordovez is, as he must, accused of "child molestation"; he has been charged with three offenses that are codified within (and prohibited by) Title 18, United States Code, Chapter 110. *See* FED. R. EVID. 414(d)(2)(B); *see also* Superseding Indictment (Counts 1 and 2). And second, the evidence likewise constitutes "child molestation"; it all shows that Cordovez "deriv[e]s sexual pleasure or gratification from inflicting death, bodily injury, or physical pain on a child."

To be sure, the evidence must also satisfy other prerequisites. It must be relevant to the matter for which it is offered. *See* FED. R. EVID. 414(a). It must be authenticated. *See* FED. R. EVID. 901(a). It cannot be inadmissible hearsay. *See* CHRISTOPHER B. MUELLER & LAIRD C. KIRKPATRICK, PROVING SIMILAR CRIMES IN TRIALS FOR CHILD MOLESTATION, 2 FEDERAL EVIDENCE § 4:86, AT 1 n.5. (August 2023). And the evidence cannot be overly prejudicial, under Federal Rule of Evidence 403. *See, e.g., United States v. Woods*, 684 F.3d 1045, 1064–65 (11th Cir. 2012).

This evidence satisfies those prerequisites, too. The evidence is relevant because it makes it more probable that Cordovez was not only enthralled with the idea of engaging in sexually explicit conduct with his infant daughter, but also with the concept of causing her pain. *See* FED R. EVID. 401, *et seq*. The evidence will be authenticated because the Reddit-related evidence will be certified, *see* FED R. EVID. 902(11), while law enforcement agents will be able to establish the chain of custody of Cordovez's cell phone from his person to the courtroom at trial. *See* FED R. EVID. 901 ("To satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is."). The evidence is not inadmissible hearsay—the only statements that the Government seeks to introduce are statement made by the Defendant himself. *See* FED R. EVID. 802(d)(2)(A). And the Eleventh Circuit has held, in analogous situations, that such evidence is not unduly prejudicial under Rule 403. *See, e.g., United States v. McGarity*, 669 F.3d 1218, 1244–45 (11th Cir. 2012) (affirming the admission of a defendant's written statement detailing his prior fondling, touching, and molestation of his two-year-old daughter nine years before the charged conduct because it showed that he was the person who had trafficked in the child pornography that was admitted into evidence at the trial).

### B.  Alternatively, the evidence is admissible under Rule 404(b).

The Government also contends that the evidence described in this Notice is admissible under Rule 404(b) as evidence of Cordovez's motive, intent, and plan to engage in sexually explicit conduct with his infant daughter. The evidence is likewise admissible to show that such conduct was not a mistake or an accident, and that he knew what he was doing.

### V.  CONCLUSION

The Government hereby has given notice of its intent to introduce at trial, under Rule 414(a) and Rule 404(b) the evidence described above. The Court should admit the proffered evidence.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY:  */s/ Jacob Koffsky*
Jacob Koffsky
Assistant United States Attorney
99 NE 4th Street
Miami, Florida 33132
305-961-9386
Jacob.Koffsky@usdoj.gov
Florida Bar. No. 1018115

**LOCAL RULE 88.9(a) CERTIFICATE OF CONFERRAL**

  **I HEREBY CERTIFY** that on October 15, 2024, the Government conferred with counsel for Defendant Edward Cordovez regarding the instant Motion, pursuant to Southern District of Florida Local Rule 88.9(a). Defense counsel indicated that the Defendant opposes the relief sought.

                *s/ Jacob Koffsky*
                Jacob Koffsky
                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document and the referenced discovery is being served this day on counsel of record.

                */s/ Jacob Koffsky*
                Jacob Koffsky
                Assistant United States Attorney