UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20272-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD CORDOVEZ,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The defendant, Edward Cordovez, through undersigned counsel moves to continue the trial date in this case for 60 days and states the following in support of said motion: 18 U.S.C. 1466A(a)(2):

1. On June 26, 2024, Mr. Cordovez was indicted in count one with production of materials involving the sexual exploitation of minors in violation of 18 U.S.C. Section 2251(a) and €); count two with possession of child pornography in violation of 18 U.S.C. Section 2252(a)(4)(B). D.E. 11.

2. On August 15, 2024, a superseding indictment was filed charging Mr. Cordovez in counts one and two with production of materials involving the sexual exploitation of minors in violation of 18 U.S.C. 2251; count three with distribution of the visual representation of sexual abuse of children and in violation of 18 U.S.C. Section 1446(A)(a)(2); And count four with possession of

1

    materials involving the sexual exploitation of minors in violation of 18 U.S.C. Section 2252(a)(4)(B) and (b)(2). D.E. 19.

3. The government has advised undersigned counsel that it intends to file a second superseding indictment on Monday, October 28, 2024. The superseding indictment is expected to introduce new serious allegations (including a new alleged victim) that require additional time to investigate, analyze and prepare adequately for trial.

4. The court's discretion to grant a continuance of the trial is supported by case law. In *United States v. Rojas-Contreras*, 474 U.S. 231, 240 (1985) the Supreme Court held that the trial court has broad discretion to grant additional time for trial preparation when a superseding indictment is filed, provided that the changes in the indictment are substantial and necessitate additional preparation time. Additionally, the court must consider whether the defendant would be prejudiced by a lack of time to prepare to meet the new charges in the superseding indictment. *Id*.

5. Here, the superseding indictment is expected add substantial new charges that constitute material changes to the indictment and require additional preparation time.

6. This is a complex case that requires careful analysis. Defense has not had sufficient time in order to review and analyze new discovery and review its contents with Mr. Cordovez, and conduct necessary investigation pertaining

to the new substantial charges in the anticipated second superseding indictment.

7. Based on the above-stated charges, Mr. Cordovez faces an anticipated Guideline range of Life Imprisonment in this case.

8. Mr. Cordovez waives his speedy trial pursuant to 18 U.S.C. Section 3161 through the next calendar call.

9. Undersigned counsel has conferred with assigned Assistant United States Attorneys, Jacob Koffsky and Elena Smucker, who do not oppose this motion. WHEREFORE, based on the need for additional time to conduct investigation and analysis regarding charges in the superseding indictment, the defense request that the trial date be continued for 60 days.

    Respectfully submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

By:   /s/ *Daniel L. Ecarius*
    Daniel L. Ecarius
    Assistant Federal Public Defender
    Florida Bar No. 719765
    150 W. Flagler Street,
    Suite 1700 Miami, FL 33l30-7000
    Email: daniel_ecarius@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel L. Ecarius*
Daniel L. Ecarius