# MINUTE ORDER

Page 1

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 10/28/24   Time: 1:30 p.m.

| | |
|---|---|
| **Defendant:** Edward Cordovez | **J#:** 19004-511   **Case #:** 24-20272-CR-ALTMAN(s) |
| **AUSA:** Jacob Koffsky | **Attorney:** AFPD – Daniel Ecarius |
| **Violation:** Production of Material Involving the Sexual Exploitation of Minors | |
| **Proceeding:** Arraignment on Superseding Indictment | **CJA Appt:** |
| **Bond/PTD Held:** ☐ Yes ☐ No | **Recommended Bond:** |
| **Bond Set at:** Pretrial Detention | **Co-signed by:** |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

**Disposition:**

**Defendant Arraigned**

*Reading of Indictment Waived*

*Not Guilty Plea Entered*

*Jury Trial Demanded*

*Standing Discovery Order Requested*

**Due Process Protection Act Oder Issued (Brady)**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 13:39:25   Time in Court: 1

s/Edwin G. Torres   Chief Magistrate Judge