October 29th 2024

FILED BY_____D.C.

NOV - 1 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Judge Roy Altman
Federal District Court
12th Floor
400 N. Miami Avenue
Miami, FL 33128

Reference:  Motion to Appoint Attorney
Case No.  24-CR-20272-ALTMAN     U.S. v. Edward Cordovez

Judge Roy Altman,

I am the spouse of a defendant in a federal case.  I have received 2 subpoenas to testify against my husband in a case involving my children.  I do not understand my rights regarding testifying against my husband or potential criminal liability that I may face.  I understand I have spousal privilege which shields me from having to testify against my husband, if I choose. To protect my rights and assert this privilege I would like to request that counsel be appointed to represent my interest.

I understand I am a critical witness for the government. I need an attorney to be appointed in order to assist me with my rights during this process.  My husband was already found to be indigent and appointed a Federal Public Defender. I too would need help as I cannot afford an attorney.  I don't own a home, I don't have any assets and I just started employment a few weeks ago.  My current work schedule is working 2 days a week.  At this point I would need help with counsel to be appointed to represent my interest.

Thank you for your time, God bless.

Sincerely,

Dayana Del Carmen Pelaez Molina

534 W 16th St
Hialeah, FL 33010

Mobile Number 786-499-2094
Email:  dayapelaez@gmail.com

DAYANA Pelaez Cordovez
534 W. 16th ST
Hialeah, FL 33010




**Retail**



U.S. POSTAGE
FCM LETTER
MIAMI, FL 331
OCT 30, 2024

33128

**$5.58**

RDC 99

S2324E50028



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2582 1035 58

Judge Roy Altman
Federal District Court
12th Floor
400 N. Miami Ave.
Miami, FL 33128

33128-180199



REC'D BY _____ D.C.
NOV - 1 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI