# MINUTE ORDER

Page 7

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 11/12/24   Time: 1:30 p.m.

Defendant:  Edward Cordovez   J#: 19004-511   Case #: 24-20272-CR-ALTMAN(s)(s)(s)

AUSA:  Andrea Goldberg   Attorney:   AFPD; DANIEL ECARIUS

Violation:  Production of material involving the sexual exploitation of minors   Surr/Arrest Date:   YOB:

Proceeding:  Arraignment on 3rd Superseding Indictment   CJA Appt:

Bond/PTD Held: ○ Yes  ○ No   Recommended Bond:

Bond Set at:  Pretrial Detention   Co-signed by:

☑ Surrender and/or do not obtain passports/travel docs

Language:  English

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

*Defendant sworn and advised of rights & charges.

Defendant Arraigned.

*Reading of Indictment waived.

Not Guilty Plea entered, Jury Trial demanded

Standing Discovery order requested.

**Brady Order Given**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  JG 15:00:48   Time in Court: 8mins

s/Eduardo I. Sanchez   Magistrate Judge